TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Omar Vallejo Dominguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Omar Vallejo Dominguez, | Case No.:  2:16-cv-02536-DGC |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Experian Information Solutions, Inc., et al., | |
| Defendants. | |

Plaintiff, through counsel undersigned, hereby dismisses the within action without prejudice and without costs to either party.

KENT LAW OFFICES

1

1 | DATED: September 31, 2016
2 |                                    By: __/s/   *Trinette G. Kent*__
3 |                                    Trinette G. Kent
  |                                    Attorneys for Plaintiff,
4 |                                    Omar Vallejo Dominguez

2